**FILED**
**CLERK, U.S. DISTRICT COURT**
09/11/2024
**CENTRAL DISTRICT OF CALIFORNIA**
BY: \_\_\_\_TRB\_\_\_\_ DEPUTY

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Violent & Organized Crime Section
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
Terrorism & Export Crimes Section
    1300/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3165/5748

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 24-00293-MRA |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; [PROPOSED] ORDER |
| vs. | |
| REUBEN GILLIAM aka "Tre" BOOKING# 6799966, | |
| Defendant | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant REUBEN GILLIAM who is now detained at the MEN'S CENTRAL JAIL, in the City of LOS ANGELES, State of CALIFORNIA, in the custody of the Warden, Sheriff or Jailor of said institution. The above-entitled case is scheduled for INITIAL APPEARANCE on

the  28TH  day of  OCTOBER, 2024  at  1:00 P.M.  in the courtroom of the Honorable DUTY MAGISTRATE, Judge of the United States District Court, Roybal Federal Building, Courtroom 640, 255 East Temple Street, at which the defendant's presence will be necessary.  In order to secure defendant's presence, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in said court on the date and time specified above, and at such other dates as may be necessary incident to this case.

   WHEREFORE, the government respectfully requests that the Court issue an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum under the seal of this Court, commanding the Warden, Sheriff or Jailor specified above, to produce the defendant in the United States District Court for the Central District of California at the specified time and place and for all other proceedings incident thereto, and at the termination of the proceedings against the defendant to return him to the custody of said Warden, Sheriff or Jailor.

Dated: September 11, 2024

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

        /s/
_____
LYNDSI ALLSOP
AMANDA B. ELBOGEN
Assistant United States Attorney