FILED
CLERK, U.S. DISTRICT COURT

09/11/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: TRB  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>v.<br>REUBEN GILLIAM<br>Defendant(s). | CR 24-00293-MRA |
| | **ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br>☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a

Writ of Habeas Corpus  ☒ Ad Prosequendum  ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:  REUBEN GILLIAM

Alias:  aka TRE

on  OCTOBER 28, 2024  at  1:00 P.M.  before Judge/Magistrate Judge  DUTY MAGISTRATE JUDGE
    *(Date of Appearance)*       (Time)

Dated:  09/11/2024

*Alicia G. Rosenberg*

~~U.S. District Judge~~/U.S. Magistrate Judge

---

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM