```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Violent & Organized Crime Section
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
Terrorism & Export Crimes Section
     1300/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3165/5748

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 24-00293-MRA |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | |
| REUBEN GILLIAM aka "Tre", BOOKING# 6799966 | |
| Defendant | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: The Warden, Sheriff or Jailor of  MEN'S CENTRAL JAIL , in the City of LOS ANGELES , State of CALIFORNIA , and to any United States Marshal.

GREETING

WE COMMAND that you produce and deliver the body of defendant REUBEN GILLIAM , who is now in your custody, before the

Honorable DUTY MAGISTRATE , Judge of the United States District Court, Roybal Federal Building, Courtroom 640, 255 East Temple Street, on the 28TH day of OCTOBER, 2024 at 1:00 P.M. , in order that said defendant in the above-entitled case may then and there be arraigned and enter a plea at said time and place, and also at such other times as may be ordered by the Court.

The delivery of the body of defendant to the courtroom of the aforementioned United States District Court and the return by you of defendant to your custody shall be deemed sufficient compliance with this writ.

Dated: 09/11/2024

CLERK, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY: Terry R. Baker
     Deputy Clerk

# *Memorandum*

| Subject:<br><br>**AUSA REQUEST FOR TRANSFER/<br>WRIT OF HABEAS CORPUS<br>U.S. v. REUBEN GILLIAM**<br>CR 24-00293-MRA | Date:<br><br>September 11, 2024 |
|---|---|
| To:<br>DAVID M. SINGER<br>United States Marshal<br>U.S. Marshal's Office | From:<br>AUSA LYNDSI ALLSOP<br>AUSA AMANDA B. ELBOGEN<br>Assistant United States Attorney<br>(213) 894-3165/5748 |

The following identifying information is submitted in order to expedite the execution of the attached request from the U.S. Attorney's Office or Writ of Habeas Corpus.  If you have any questions, please contact the Assistant U.S. Attorney indicated above.

| PRISONER INFORMATION ||||
|---|---|---|---|
| NAME: | REUBEN GILLIAM |||
| AKAs: | TRE | SEX: | MALE |
| DOB or Age: | 10/30/1999 | RACE: | BLACK |
| PENDING FEDERAL CHARGES ||||
| Charges: | 18 U.S.C. § 1594(c): Conspiracy to Commit Sex Trafficking of a Minor; 18 U.S.C. §§ 1591(a)(1), (b)(1), (c): Sex Trafficking of a Minor; See Indt |||
| Case #: | CR 24-00293-MRA |||
| INSTITUTION'S INFORMATION ||||
| NAME: | MEN'S CENTRAL JAIL, LOS ANGELES, CA. |||
| Location of Institution: | 441 BAUCHET STREET<br>LOS ANGELES, CALIF., 90012 | Phone# | (213)893-5765 |
| BOOKING # | 6799966 |||
| OTHER INFO RE HANDLING OF PRISONER: | |||

**THIS MEMO SHOULD BE ATTACHED TO THE AUSA REQUEST/WRIT**